RHODE ISLAND HOSPITAL TRUST COMPANY, as Trustee, Respondent, *v.* CLAUDE NEON, INC., Appellant.

Submitted November 17, 1952; decided November 25, 1952.

*Harold I. Meyerson* for motion and in opposition to cross motion.

*Abraham Rotwein* for cross motion and in opposition to motion.

Motion to dismiss appeal granted and appeal dismissed, with costs and $10 costs of motion, upon the ground that the order does not finally determine the action within the meaning of the Constitution.

Cross motion for leave to appeal dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the action within the meaning of the Constitution.